Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*AMENDED*

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

*11 C V 594 Sc*

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. _Theril Thamar Stapleton Din.#04-A-1701_

2. _____

-VS-

**B.    Full Name(s) of Defendant(s) NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. _Danitzl Wironstoch, M.D._      4. _Ferguson,_

2. _John Lempkhi, Superintendant_   5. _Picoto, Captain_

3. _John Colvin, Dept.Supt. Security_  6. _Roberts, Sergeant_

_Continued_

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States.  This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

_____

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

_____

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### (Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name And Prisoner Number of Plaintiff:** **NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1._____

2._____

### -VS-

**B.** **Full Name(s) of Defendant(s)** **NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

Cont.

1. Correction Officer M. Sheramata    4. C.O. Seymour

2. _____ Wycoff    5. Unit Counsel Sleet, Tom

3. _____ R. Casper    6. Ass.Dept.Supt.Prgm.Miller

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** **NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

_____

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

_____

**DEFENDANT'S INFORMATION  NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Daniel Weinstock

(If applicable) Official Position of Defendant: Medical Doctor, Director at Five Points Corr. Fac.

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed that defendant remains employed at Five Points Corr. Fac.


Name of Defendant: John Wempko

(If applicable) Official Position of Defendant: Superintendant Of Five Points Corr. Fac.

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed that defendant has retired Since having knowledge of both incidents.


Name of Defendant: John Cowin

(If applicable) Official Position of Defendant: Deputy Superintendant of Security

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed that defendant remains employed at Five Points Corr. Fac.

---

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.**   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
        Yes____  No____

*If Yes,* complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

     Plaintiff(s):_____

     Defendant(s):_____
     _____

2.   Court (if federal court, name the district; if state court, name the county):_____
     _____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Picoir,

(If applicable) Official Position of Defendant: Captain Of RMHU Program

(If applicable) Defendant is Sued in __/__ Individual and/or __/__ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed the defendant is employed at Five Points Corr. Fac.

Name of Defendant: Ferguson,

(If applicable) Official Position of Defendant: Lieutenant Of RMHU Program

(If applicable) Defendant is Sued in __/__ Individual and/or __/__ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed the defendant is employed at Five Points Corr. Fac.

Name of Defendant: Roberts,

(If applicable) Official Position of Defendant: Sergeant Of RMHU Program

(If applicable) Defendant is Sued in __/__ Individual and/or __/__ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed the defendant is employed at Five Points Corr. Fac.

---

## 4.  PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.     Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
           Yes_____ No_____

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        Defendant(s):_____

        _____

2.      Court (if federal court, name the district; if state court, name the county):_____

        _____

3.      Docket or Index Number:_____

4.      Name of Judge to whom case was assigned:_____

2

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: M. Sheremeta

(If applicable) Official Position of Defendant: Correctional Officer (R.M.H.U.)

(If applicable) Defendant is Sued in ___/___ Individual and/or ___/___ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed that defendant remains employed with Five Points Corr. Fac.

Name of Defendant: R. Casper

(If applicable) Official Position of Defendant: Correctional Officer (R.M.H.U.)

(If applicable) Defendant is Sued in ___/___ Individual and/or ___/___ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed that defendant remains employed with Five Points Corr. Fac.

Name of Defendant: W. Goff

(If applicable) Official Position of Defendant: Correctional Officer (R.M.H.U.)

(If applicable) Defendant is Sued in ___/___ Individual and/or ___/___ Official Capacity

Address of Defendant: Official address of defendant is unknown. It is believed that defendant remains employed with Five Points Corr. Fac.

---

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

**A.** Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes____ No____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   _____

2. Court (if federal court, name the district; if state court, name the county):_____

   _____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

2

**DEFENDANT'S INFORMATION  NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Seymour

(If applicable) Official Position of Defendant: Residential Mental Health Unit Corr. Officer

(If applicable) Defendant is Sued in ___/___ Individual and/or ___/___ Official Capacity

Address of Defendant: Offical Address of the defendant is unknown. It is believed that defendant remains employed as above-mentioned at Five Point Corr. Fac.

Name of Defendant: Sheket, Tom

(If applicable) Official Position of Defendant: Forensic Unit Chief RMHU at Five Points Corr.

(If applicable) Defendant is Sued in ___/___ Individual and/or ___/___ Official Capacity

Address of Defendant: Offical address of defendant is unknown. Defendant is employed at Five Point Correctional Facility

Name of Defendant: Miller

(If applicable) Official Position of Defendant: Ass. Dept. Supt. Prgm Five Points Corr. Fac.

(If applicable) Defendant is Sued in ___/___ Individual and/or ___/___ Official Capacity

Address of Defendant: Offical address of defendant is unknown. Defendant is employed at Five Points Correctional Facility

---

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**? Yes _/_  No____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

Plaintiff(s): Michael Travis T. Stapleton

Defendant(s): State of New York

2.   Court (if federal court, name the district; if state court, name the county): Court Of Claims Of the State Of New York

3.   Docket or Index Number # 113044

4.   Name of Judge to whom case was assigned: J. Catherine C. Schaewe

2

5. The approximate date the action was filed: November 24, 2006

6. What was the disposition of the case?

       Is it still pending? Yes ✓ No____

           If not, give the approximate date it was resolved._____

       Disposition (check the statements which apply):

       ____ Dismissed (check the box which indicates why it was dismissed):

            ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ____ By court for failure to exhaust administrative remedies;

            ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ____ By court due to your voluntary withdrawal of claim;

       ____ Judgment upon motion or after trial entered for

           ____ plaintiff

           ____ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment?**

       Yes ✓ No____

**If Yes, complete the next section.** NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

       Plaintiff(s): Turoil T. Stapleton

       Defendant(s): Daniel Winnstock

2. District Court: Western District Of the State Of New York

3. Docket Number: 11-CV-0594SC

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed: July 28, 2011

6. What was the disposition of the case?

       Is it still pending? Yes ✓ No____

           If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a single set of circumstances."

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) this 28th day of April, 2011, this medical department at Five Points defendant (give the **name and position held** of **each defendant** involved in this incident) had begun to deny medical treatment to me. Doctor Daniel Weinstock is the Director of medical Services at Five Points Corr. Inc.

did the following to me (briefly state what each defendant named above did): Dr. Weinstock disregarded my assertions of pain that I am still experiencing in my knees. This doctor had, without full consultation, discontinued a medication that had been prescribed by a specialist for the issue, & reordered one of his own choosing. After being notified that medication was not helping & being notified that I wished to undergo surgery to stop the pain, I was denied that option as well as having the ordered braces reissued & to return to physical therapy.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: a violation of equal protection of the law & not to be subjected to cruel & unusual punishment

The relief I am seeking for this claim is (briefly state the relief sought): That the defendant be ordered to pay Compensatory/monetary damages for aggravating a pre-existing physical & mental disorder.

<u>**Exhaustion of Your Administrative Remedies for this Claim:**</u>

Did you grieve or appeal this claim? ✓ Yes _____ No  If yes, what was the result? The decision ~~from C.O.R.C.~~ was for the defendant.

Did you appeal that decision? ✓ Yes _____ No  If yes, what was the result? The decision again was for the defendant.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I am still awaiting the remainder appeals from C.O.R.C

**A. SECOND CLAIM:** On (date of the incident) this 24th day of August, 2011, in the present, defendant (give the **name and position held** of **each defendant** involved in this incident) of Sergeant Roberts, Officer's M. Sharmata, R. Casper, Seymour & Wycoff had physically assaulted me by using unnecessary excessive use of force.

did the following to me (briefly state what each defendant named above did): Officer Wycott had held a restriction strap, while I was handcuffed, at the same time, Officer Shermista had pushed me in my cell, on my bed, began to assault me. Officers Casper & Seymour ran into my cell too & began to assault me. The Sgt. (Roberts) had witnessed the ended of the assault & did nothing. Superintendant Laempke, D.S.S. Corvin, Captain Picolo, Lt. Ferguson, Unit Chief Stahl & Ass. Dept. Supt. Programs had been made aware that this officer had his numerous encounters with me & my assertions of him attacking me

The constitutional basis for this claim under 42 U.S.C. § 1983 is: for a violation of equal protection of the law & a right not to suffer cruel & unusal punisment

The relief I am seeking for this claim is (briefly state the relief sought): I am seeking Compensatory & monetary damages for an aggravitation of a preexisting mental & physical disorder.

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ___✓___ Yes _____ No   If yes, what was the result? Result for the defendant

Did you appeal that decision? _____ Yes ___✗___ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

The plaintiff respectfully request for the compensatory & monetary damages & punitive damages for the actions of the correctional officers

Do you want a jury trial? Yes ___✓___ No_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17ᵗʰ, 2011

(date)

NOTE:  *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

7

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

FORM 2131E (REV. 6/06)

**INMATE GRIEVANCE COMPLAINT**

22 - Medication (pain) issue

Grievance No.

FPT-24522-11

APR 19 2011

Stapleton, Thril Five Points    CORRECTIONAL FACILITY

Date 4/15/11

Name Thril T. Stapleton    Dept.No. 04-A-17a    Housing Unit 12 A 237

Program S+P    AM S+P    PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)* *

Description of Problem: (Please make as brief as possible) I have had my medication discontinued upon my arrival to this facility for no reason nor without warning. The medication I take is stronger than motrin, was prescribed by an outside specialist. Said medication relieves cronic pain in my knees due to arthritic conditions.

Grievant Signature _____ Thril T. Stapleton _____    04A1701 4/15/11

Grievance Clerk _____ (RR) _____    Date: APR 19 2011

Advisor Requested [ ] YES [ ] NO    Who: _____

Action requested by inmate: That my medication be immediately reinstated.

This Grievance has been informally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____    Date:_____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

FORM 2131E (REV. 6/06)

## INMATE GRIEVANCE COMPLAINT

*22 WANTS PAIN MEDS* (handwritten, circled)

| | Grievance No. |
|---|---|
| | FPT - 24565-11 |
| | MAY 01 2011 |

Five Points                         CORRECTIONAL FACILITY

Date April 28, 2011

Name Throil T. Stapleton     Dept.No. 04A1701  Housing Unit 12 A2 37

Program S+P _____  AM STP _____ PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)* *

Description of Problem: (Please make as brief as possible) I am being denied medical attention & care. My Knees, which have arthritis is creating severe pain that over the counter medication is not taking care of. Dr. Daniel Witenstock has discontinued the medication I've been taking for 13 months with no problems (side effects). This was done without consultation.

Grievant
Signature Throil T Stapleton   04A1701 April 28, 2011
                                              MAY 01 2011

Grievance Clerk _____(AR)_____          Date: _____

Advisor Requested  ☐ YES  ☐ NO   Who: _____

Action requested by inmate: That I be replaced on the medication that works & has kept me from pain & that my physical therapy begins.

This Grievance has been informally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____   Date:_____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (REVERSE) (REV. 6/06)

**Response of IGRC:** FPT-24522-11
Per S. Cordileone NAI. the risks associated with the use of celebrex, specifically
heart disease, outweighs it's benfit.  There are many other medications which are used
to treat arthritic pain which do not lead to heart disease.  It has been suggested this
patient use motrin to control his pain.  Celebrex is not a life threatening medication
and will not be ordered as it is not medically indicated.  IGRC must note it cannot override
or dictate medical treatment.

**GRIEVANCE DENIED**

83

MAY 0 4 2011

Date Returned to Inmate _____          IGRC Members _____

Chairperson _____

Return within 7 calendar days and check appropriate boxes. *

☐ I disagree with IGRC response and wish to          ☐ I have reviewed deadlocked responses.
  appeal to the Superintendent.                         Pass-Thru to Superintendent

☐ I agree with the IGRC response and wish to          ☐ I apply to the IGP Supervisor for
  appeal to the Superintendent.                          review of dismissal

Signed _____
                    Grievant                                        Date

_____
            Grievance Clerk's Receipt                              Date

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent _____
                                                  Date

Grievance forwarded to the Superintendent for action _____
                                                              Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

FORM 2131E (REV. 6/06)

## INMATE GRIEVANCE COMPLAINT

*22 WANTS TO SEE SPECIALIST FOR PAIN*

Grievance No.

FPT-2 4590-11

MAY 10 2011

Five Points _____ CORRECTIONAL FACILITY

Date May 3rd 2011

Name Travis T. Stapleton   Dept.No. 04A1701   Housing Unit 12 A 2 37

Program _____ AM _____ PM

**(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)** *

Description of Problem: (Please make as brief as possible) Dr. Daniel Weinstock had become verbally abusive, displayed uncontrollably, unprofessional conduct on the above mentioned date, was grievant was interviewed. He utilized terms such as "you people" in connotations that was bigoted. He never address alternate medication being that, over the counter medication is doing nothing but keeping me in pain.

Grievant Signature Travis T. Stapleton   04A1701   May 3rd, 2011

Grievance Clerk _____   Date: _____ MAY 10 2011

Advisor Requested  ☐ YES  ☐ NO   Who: _____

Action requested by inmate: _____

_____

_____

_____

This Grievance has been informally resolved as follows:

That this doctor be made to attend social skills classes & that I be seen by a specialist concerning my constant pain in my knees.

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

| ![NY State Seal] **STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION** | Grievance Number FPT-24590-11 | Desig./Code I/22 | Date Filed 5/10/11 |
|---|---|---|---|
| | Associated Cases | | |
| | Facility Five Points Correctional Facility | | |
| **INMATE GRIEVANCE PROGRAM** **CENTRAL OFFICE REVIEW COMMITTEE** | Title of Grievance Wants To See Specialist For Pain | | |

9/21/11

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED

Upon full hearing of the facts and circumstances in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is hereby denied. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant was seen by Dr. W... on 5/3/11 and became angry when he was told that he would not be receiving Celebrex. Dr. W... attempted to explain to the reasons for not ordering this medication, but the grievant left the room. An exam could not be conducted and no medical treatment was ordered at that time. The grievant was a no show for his 6/14/11 appointment, but was seen by his primary care provider on 8/23/11. An orthopedic referral was submitted, but denied because the grievant has full range of motion. CORC further notes that the grievant is receiving pain medication as prescribed and is scheduled for a follow up appointment.

In regard to the grievant's appeal, CORC asserts that all relevant information must be presented at the time of filing in order for a proper investigation to be conducted at the facility level. Dr. W... denies verbally abusing the grievant and CORC has not been presented with sufficient evidence to substantiate any malfeasance by staff.

SLE/

---

This document has been electronically signed by Karen R. Bellamy



**BRIAN FISCHER**
COMMISSIONER

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y.  12226-2050

## MEMORANDUM

FROM:       Karen Bellamy, Director, Inmate Grievance Program

SUBJ:       Receipt of Appeal

    T STAPLETON  04A1701  7/25/11
    Five Points Correctional Facility
    Your grievance FPT-24590-11 entitled
    Wants To See Specialist For Pain
    was rec'd by CORC on 6/29/11

---

A disposition will be sent to you after the grievance is reviewed by CORC

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

FORM 2131E (REV. 6/06)

# INMATE GRIEVANCE COMPLAINT

(22 - Denied me care)

**Grievance No.**
FPT-24850-11

Five Points (RMHU) _____ CORRECTIONAL FACILITY

Date 7/12/11

Name Stapleton, Intril _____ Dept.No. 04-A-17a Housing Unit D-9

Program _____ AM _____ PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)* *

Description of Problem: (Please make as brief as possible) On the about date at appox. time, nurse Carroll for medical was not helping me. I explained to her that the cold in the cell was hurting my knees (arthritic) is harming me. She justified that by saying the jail is hot. I told her that my walking on the floor with no support (SHU shoe) as well is hurting me. She told me that it should not be a problem. I told her I am having problems with in-grown hairs & need to see a dermatologist & shown her raw skin. She denied me assistance for redness.

Grievant
Signature _Intril F. Stapleton_ 04-A-1701

Grievance Clerk _____ Date: _____

Advisor Requested ☐ YES ☐ NO Who: _____

Action requested by inmate: That is nurse be required to return to the Department of Education for review of patient bill of rights & that I be allowed to see specialist.

This Grievance has been informally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

JUL 13 2011
D2

Grievant
Signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (REVERSE) (REV. 6/06)

Response of IGRC:  FPT-24850-11                                        7/20/11

    The residential mental health unit is climate controlled and cannot be changed by
medical personnel. The shoes which OMH patients wear are also not a medical issue. Nurses
do not refer patients to specialty clinics, only a doctor, NP, or PA can refer patients.
The grievant had an appointment to see Dr. Weinstock on 6/21/11 but the grievant refused
this appointment. The grievant is advised to return to sick call and follow proper protocal
to re-schedule an appointment with the doctor. These statments were made by both Nurse C
and the Nurse Administrator. The IGRC advises the grievant to address climate and footwear
concerns to the area supervisor as these are not medical issues.

        **Grievance Denied**

JUL 25 2011

Date Returned to Inmate _____     IGRC Members _____

Chairperson _____

Return within 7 calendar days and check appropriate boxes.*

[X] I disagree with IGRC response and wish to appeal to the Superintendent.

[ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent

[ ] I agree with the IGRC response and wish to appeal to the Superintendent.

[ ] I apply to the IGP Supervisor for review of dismissal

Signed _____                    _____
                Grievant                                    Date

_____                    _____
      Grievance Clerk's Receipt                        Date

_____

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent _____
                              Date

Grievance forwarded to the Superintendent for action _____
                                        Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

| STATE OF NEW YORK DEPARTMENT OF | GRIEVANCE NO. FPT-24850-11 | | DATE FILED 07/13/11 |
|---|---|---|---|
| CORRECTIONAL SERVICES and COMMUNITY SUPERVISION | FACILITY Five Points Correctional Facility | | POLICY DESIGNATION I |
| INMATE GRIEVANCE PROGRAM SUPERINTENDENT RESPONSE | TITLE OF GRIEVANCE DENIED ME CARE | | CLASS CODE 22 |
| | SUPERINTENDENT'S SIGNATURE *[signature]* Acting | | DATE 08/05/11 |
| GRIEVANT: STAPLETON, Theil | DIN # 04A1701 | | HOUSING UNIT 77-0D-009 |

The investigation reveals that the RMHU is a climate controlled building and the grievants footwear issues are not Medical issues. Nurses do not refer inmates to Specialty Clinic, only the Doctors can.

The grievant refused an appointment on 6/21/2011 with Dr. Weinstock. The grievant needs to utilize the Sick Call procedure to address his Medical needs.

Appeal denied.

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have four (4) working days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

*I have utilized said process ; I have not garnished any assistance. Therefore, it is plain to see that there was no true investigation taken in any true accounts.*

| *Theil T. [signature]* 04-A-1701 | 8/10/2011 |
|---|---|
| Grievant's Signature | Date |

| | |
|---|---|
| Grievance Clerk's Signature | Date |

FORM 2133A (Rev 2/89)

cc: file



**BRIAN FISCHER**
COMMISSIONER

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y.  12226-2050


# MEMORANDUM


FROM:        Karen Bellamy, Director, Inmate Grievance Program

SUBJ:        Receipt of Appeal


T STAPLETON  04A1701  9/13/11
Five Points Correctional Facility
Your grievance FPT-24858-11 entitled
Threatening Language
was rec'd by CORC on 8/15/11

---

A disposition will be sent to you after the grievance is reviewed by CORC

**MARCY CORRECTIONAL FACILITY**
**M E M O R A N D U M**

**TO:**    T. Stapleton, T.

**FROM:**  Adolph/SW

**DATE:**  10/31/11

**SUBJECT:**   information request

I received your request for information.  You need to do a foil request to inmate records for the requested information.

To: G.G. Adolp
From: Mr. Theil T. Stapleton
Din.# 04-A-1701
C.L.: A-2-45
Date: 10/29/11
Rize: Information


Ms. Adolp,
    Please, at your earliest conibence, take a minute
& seek out the names of the following staff members
from Five Points Correctional Facility. The names are as follows:
1) Captain ?. Picolo
2) Lieutenant ?. Ferguson
3) Sergeant ?. Roberts
4) Unit Chief ?. Slett
5) Ass. Dept. Prgm. ?. Miller
7) Correction Officer ?. Wycoff
8)   "      "    ?. Seymour.
    The first names of these staff members are def-
endants in a law suit to which their full names are
required.
    Thank-You.

    Signed,
    Theil T. Stapleton

MA084 (12/04)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**MARCY CORRECTIONAL FACILITY**

## MEMORANDUM

**TO:** *Stapleton, J   04A1714   RN/MCF*

**FROM:** *A. DeForest   Acting II* ~~IRC II~~, Foil Officer

**SUBJECT:** FREEDOM OF INFORMATION LAW

Information Requested: *Five Points, Review Incident Disposition*

**DATE:** *11/26/11*

_____ A review of our records indicates the documents/tapes you requested consists of _____ page(s). The photocopying cost is $.25 per page/$1.50 per tape. Upon receipt of your **signed** disbursement form (and **clearance** w/Inmate Accounts) in the amount of $ _____ the records you requested will be forwarded to you.

_____ Your request to hear your tape has been sent to the Law Library/Disciplinary Office. If you have purchased the tape, it will be placed in your personal property.

_____ Your Request for Medical/Psychiatric Records has been sent directly to the Nurse Administrator for response.

_____ Your request to review Guidance records has been forwarded to Guidance for a response.

_____ Pre-sentence/probation reports shall only be released in accordance with Criminal Procedure Law Section 390.50. Your request is denied.

_____ Freedom of Information Law governs the access to **existing** records. Since our review indicates the records you requested **do not exist** in our files, pursuant to the Freedom of Information Law, your request is denied at this time.

_____ Per memo dated 7/18/89 - Counsel's Office - "Rap Sheets" are no longer permitted to be released. Write to the Division of Criminal Justice Service, Bureau of Investigation and Criminal History Operation, Executive Park Post, Stuyvesant Plaza, Albany, New York 12203.

_____ Your disbursement is being processed in the amount of $ _____ . The record(s) you requested is/are attached in satisfaction of your request.

_____ Your disbursement is being returned to you as you had insufficient funds in your account. Re-request when you have sufficient funds.

___/___ The incident occurred while you were at __*Five Points*__ . Write directly to the FOIL Officer at that Facility.

_____ I do not understand what you are asking for - please provide me with clarification.

You may appeal this decision by writing to the Office of the Counsel, Department of Correctional Services, State Campus, Building #2, Albany, New York 12226. The written appeal must; (1) identify the records you have been denied, (2) give the date and location of your original request, and (3) give your name and return address. Phone: 518-457-4951.

cc: File

## INMATE GRIEVANCE COMPLAINT

| Grievance No. |
| --- |
| |

Five Points

Stapleton, Trail

### CORRECTIONAL FACILITY

#04A1701

RMVu   (M)

August 24, 2011
Bldg. #77 D-a

**Description of Problem**

Officer M. Sharumbuta has for the past week, verbally became abusive, to me. He has not allowed any other officer escort/hook me up for program. His Frisk procedures are not pat Frisk in accordance to directive's policy. He is carressing me's is giving the appearance of becoming aroused when he touches my groin's testicles. His verbal abuse always has racial derogative slurs such as Turbang's nigger as well a boy.

Theis F. Stafford   04-A-1701   August 24, 2011

That this officer be ordered to not Frisk me anymore. That he be ordered to participate in Sociology's Communication Classes's that he be ordered to under go Psycological treatment.

Mr. Theis T. Stapleton
Din.# 04-A-1701
Bldg.# 77-D-9

August 24, 2011

Deputy Superintendant Security
Mr. J. Colvin

Dept. Colvin,
        This is the very first letter I'm forwarding
to you. I am really seeking your assistance.
        With my experience with Corrections, I
am fully aware that 98% of Officers will condone
the actions of their Colleges. With that said, I am
having problems with one specific officer that
everyone knows about. I'm beggining to feel as
though I'm trapped. And one is not caring to
cure the problem. I am asking you to please
have Officer Shurtnmski no longer handle me.
        This request is made because he
is making me feel where I'm doing my best to
stand psycologically. All area supervisors, other
Officers do not do anything to defuse this
situation. The situation I am speaking of is how
he abuse his authority, misuse it as well. I
have alerted my family hopefully now. This has to
come to an end. I hope you can assist.
        Thank-You

C:

Respectfully Sent
Theis T. Stapleton

Mr. Travis T. Stapleton
Din.# 04-A-1701
Five Points Correctional Facility
State Route 96, P.O. Box 119
Romulus, NY 14541

August 8, 2011

Governor Andrew M.Cuomo
Governor's Office
Executive Chamber
State Capitol
Albany, NY 12224

Sir;

This letter is being written to express my deepest concerns about the racial bigotry taking place in this prison. It's mostly directed at the prisoners with disabilities. Specifically at this new Residential Mental Health Unit (RM HU).

Corrections & OMH are alledgedly in a joint effort to reduce the behaviorial problems of prisoners with preexisting mental disorders. While this joint effort consist of OMH implementing the programing & its overall operations, while security oversees the security. This is (program) to be in pacts for prisoner-patient in S.H.U. to get the needed

treatment in a program controlled enviorment. However, this is not the case.
Under the supervision of Captain Picolt, Correctional Officers such as Shertempta, Wykoff, Seymore, Casper, Sergeant Jones, & Sergeant Roberts, : Sergeant Whaterwander, are allowed to disrespect, verbally, physically, emotionally : sexually abuse the prisoner-patients here in this program. Official Complaints has been written to the Commissioner Of Corrections : the Inspector Generals Office. Even the exhaustion of the administration remedies has been under taken. To the avail of every prisoner-patient, he has received nothing but reprisals.

Nothing in this program is being utilized to help the disabled but reprisals : punishment. I am speaking from a place mentally where now, I am regressing. I am getting worse than I was when I first got here. It is my perception that this job is for a resume when its time for a promotion. Noone cares if we get better, live, or die. The Unit Chief (acting) Sieez, : Dept. Ass. Pro. (acting) Miller, has totally turned this program over into the hands of people that do not want it to succed.

Mr. Governor, I know there are more important things for you to do than listen to

prisoner that is a mental health patient. But please understand, this State money that You allowed to be spent to build this place was for a purpose. Was that purpose for a lawsuite to be taken up against the State for those Officer(s) who are racisit & bigots that abuse their power & authority? Please Sir! The situation here is that bad & help from your office or, the Department Of Justice (F.B.I) is truly essential.

Sincerely,

Trevil T. Stapleton

CC: File

STATE OF NEW YORK Department of Correct. Ser.
Inmate Grievance Complaint

Grievance No.

Five Points Correctional Facility

Stapleton, Theal                    #04-A-1701          September 2nd 2011
                                      RMXU              Bldg. #77 D-9

Description Of Problem: After being interviewed by Sgt. Whaltonwander
for a grievance (complaint) against Corr. Off. M. Sharameta, during
the afternoon (P.M) program run, Off. Sharameta & Wycoff
walked passed my cell on several occasion after the
Sgt. left. Both officers said while passing back & forth that.
"no matter what you write nigger, it wont stick". They further stated
that "Picolo" will let us take you down anytime so get ready
for round 2". Wycoff specifically stated "I.G. wont be here to save
you snitch."

Grievant Signature: Theal J. Stapleton  04-A-1701  Sept. 2nd, 2011

Action Requested. That these two officers be made to stop
antagonizing & threating me. That these two officers be
made to keep a distance from me & not handle my
food. That these officers be made to under-go psycholo-
gical treatment for their hatred.

| STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES and COMMUNITY SUPERVISION | GRIEVANCE NO. FPT 25075-11 | | DATE FILED 08/26/11 |
|---|---|---|---|
| INMATE GRIEVANCE PROGRAM SUPERINTENDENT RESPONSE | FACILITY Five Points Correctional Facility | | POLICY DESIGNATION I |
| | TITLE OF GRIEVANCE Inappropriate frisk; racial epithets | | CLASS CODE 49 |
| | SUPERINTENDENT'S SIGNATURE | | DATE 9/7/2011 |
| GRIEVANT: STAPLETON, Theil | DIN # 04A1701 | | HOUSING UNIT 77-0D-009 RMHU |

Grievant's allegation that a corrections officer conducted an inappropriate pat frisk and used racial epithets towards him has been investigated.  Grievant offered no further information or witnesses to support his allegation.

The officer named in this complaint has gone on record denying any wrong doing.  He stated that inmates are selected at random for pat frisks when leaving cells going to programs.  The officer further stated that he conducts all pat frisks in accordance with Departmental Directive 4910.

Based on the information provided, I find no merit to this complaint.

Grievance denied.

---

### APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have four (4) working days from receipt of this notice to file your appeal.  Please state why you are appealing this decision to C.O.R.C.

This officer has Many other complaints against him, This superintendant, D.S.S., Cpt, Lt., Has done Everything to Defend said officer, supports his tactics for sexual harassment. Wittness To the complaint are all the initial RMHU patients since 6/27/11.

_____ Grievant's Signature 04-A-1701          9/17/11 Date

_____ Grievance Clerk's Signature             _____ Date

FORM 2133A (Rev 2/89)

| STATE OF NEW YORK DEPARTMENT OF | GRIEVANCE NO. FPT 24858-11 | DATE FILED 07/15/11 |
|---|---|---|
| CORRECTIONAL SERVICES and COMMUNITY SUPERVISION | FACILITY Five Points Correctional Facility | POLICY DESIGNATION I |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE Threatening Language | CLASS CODE 49 |
| SUPERINTENDENT RESPONSE | SUPERINTENDENT'S SIGNATURE | DATE 7/27/2011 |
| GRIEVANT: STAPLETON, Theil | DIN # 04A1701 | HOUSING UNIT 77-0D-009 RMHU |

Grievant's allegation that he is being verbally threatening by a Corrections Officer has been investigated by a Security supervisor.

When interviewed, grievant offered no further information of witnesses to support his allegation.

The officer named in this grievance was also interviewed and denied any wrong doing.

The allegation of sexual harassment was investigated as a result of a separate correspondence and found to be without merit.

Based on the information provided, I find no merit to this complaint.

Grievance denied.

---

## APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have four (4) working days from receipt of this notice to file your appeal.  Please state why you are appealing this decision to C.O.R.C.

No investigation had been Conducted, only retaliation for writing these grievances & voicing (writing)complaints

Theil F. Stapleton — 04-A-1701           8/2/11

Grievant's Signature                                          Date

Grievance Clerk's Signature                                          Date

FORM 2133A (Rev 2/89)



STATE OF NEW YORK

**DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION**

THE HARRIMAN STATE CAMPUS – BUILDING 2

1220 WASHINGTON AVENUE

ALBANY, N.Y.  12226-2050

**BRIAN FISCHER**
COMMISSIONER

**LUCIEN J. LECLAIRE, JR.**
DEPUTY COMMISSIONER
CORRECTIONAL FACILITIES

July 27, 2011

Mr. Theil Stapleton
#04-A-1701
Five Points Correctional Facility
Caller Box 400, State Route 96
Romulus, New York 14541

Dear Mr. Stapleton:

Commissioner Fischer has asked me to respond to your letter to him alleging staff harassment at Five Points Correctional Facility.

Facility officials report the allegations referenced in your complaint are being investigated in response to your related grievance #FPT-24858-11.   This is the appropriate mechanism to address your complaints.   Please allow the superintendent time to investigate and respond to your grievance.   If you are not satisfied with the superintendent's decision, you may appeal to the Central Office Review Committee.

If you have further questions regarding this matter, they should be directed to facility officials.

Sincerely,

Lucien J. Leclaire, Jr.
Deputy Commissioner

cc:   Superintendent Lempke, Five Points Correctional Facility
Central Files